AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>THEODORE KEYS, JUSTIN PIERCE,<br>TYRIK SCOTT, BRISHUN GARY<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     20-24 MAG<br>)<br>)<br>) |

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   February 10, 2020   in the parish of   Orleans   in the   Eastern   District of   Louisiana  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 371 and 2113(b) | Conspiracy to Commit Bank Larceny |

This criminal complaint is based on these facts:

See attached affidavit

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Chad Cockerham, Task Force Office, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   02/10/2020

_____
*Judge's signature*

City and state:   New Orleans, Louisiana    Dana M. Douglas, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | MAGISTRATE NO.: 20-mj-24 |
| v. | * | |
| THEODORE KEYS, | * | |
| JUSTIN PIERCE, | | |
| TYRIK SCOTT, | * | |
| BRISHUN GARY | | |

\* \* \*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Chad Cockerham, a Task Force Officer with the Federal Bureau of Investigations (FBI) being first duly sworn, hereby depose and state that the following information is true to the best of my knowledge and belief:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed with the New Orleans Police Department since January 4, 2009. I am a Task Force Officer with the New Orleans Police Department assigned to the Federal Bureau of Investigation (FBI), and have been since November, 2018. I am currently assigned to the New Orleans Violent Crime Task Force, and as such I investigate, among other things, fugitive matters, bank robberies, extortions and any crimes of violence against people. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant, and does not set forth all of my knowledge about this matter.

2. Based on the facts set forth in this affidavit, there is probable cause to believe that Theodore Keys, B/M, born February 20, 1980 (hereinafter KEYS), Justin Pierce, B/M, born May 13, 1998 (hereinafter PIERCE), Tyrik Scott, B/M, born January 5, 2000 (hereinafter SCOTT), and

1

Brishun Gary, B/M, born June 12, 2001 (hereinafter GARY) have violated Title 18 United States Code § 2113(a), bank robbery, which was committed by KEYS, PIERCE, SCOTT, and GARY in the Eastern District of Louisiana on Wednesday, February 5, 2020.

### PROBABLE CAUSE

3. On Wednesday, February 5, 2020 at approximately 2:45 a.m., within the Eastern District of Louisiana, an attempted automated teller machine burglary occurred at the Capital One Bank located at 5696 Bullard Avenue, New Orleans, Louisiana, 70128. Capital One Bank is a financial institution whose deposits were then and are insured by the Federal Deposit Insurance Corporation (FDIC).

4. The New Orleans Police Department received a call and Seventh Police District Officers responded to the location after being given a description via the New Orleans Police Department Communications Division. Once the Officers arrived on the scene, they observed several subjects standing near the automatic teller machine. Once the subjects observed the fully marked New Orleans Police Department vehicles approaching the subjects fled in various directions. The New Orleans Police Department Seventh District units gave chase and apprehended KEYS, PIERCE, SCOTT, and GARY after a brief foot pursuit.

### The 911 Call

5. The New Orleans Police Communications Division was contacted by a known male who advised he was receiving an alarm for an automatic teller machine burglary at the Capital One Bank located at 5696 Bullard Avenue, New Orleans, Louisiana, 70128. The known caller stated to the New Orleans Police Department Communications Division that he observed four subjects, with their faces covered, burglarizing the automatic tell machine. The known caller further gave

the Communications Division a description of a black or dark blue pick-up truck that was being used, as well as the tools the subjects were using to burglarize the automatic teller machine.

### Review of Capital One Bank Security Cameras and ATM Camera

6. On Thursday, February 6, 2020 the affiant reviewed the surveillance video retrieved from Capital One Bank located at 5695 Bullard Avenue, New Orleans, Louisiana, 70128. A dark blue Dodge Ram pulled into the drive thru of the Capital One bank. The vehicle then proceeded to make a left turn out of the drive thru lane and then pull back into the drive thru lane. Four occupants exited the vehicle and immediately began attempting to open the automatic teller machine. A fifth subject is observed exiting the truck and sprinting towards Lake forest Boulevard. The subjects used the pickup truck, chains, a pry bar, and a sledgehammer as the tools to break in to the automatic teller machine. The subjects were observed constantly beating and ripping at the automatic teller machine in attempt to get into the machine. The subjects stopped an fled when New Orleans Police Department units arrived on the scene.

### Slidell Police Department

7. On Thursday, February 6, 2020 at 10:30 p.m., the affiant learned that the Slidell Police Department was contacted by the Hancock Whitney Bank located at 4001 Pontchartrain Drive, Slidell, Louisiana 70458 as the victim of an attempted automatic teller machine burglary. During this incident a dark blue Dodge Ram pickup truck was observed pulling into the drive thru and several subjects exited the truck. The subjects had their faces covered as they beat on the automatic teller machine in attempt to get inside of the machine. The subjects were observed using chains, a pry bar, and a sledgehammer to break in to the machine. The affiant was provided with still images from the surveillance video from the incident in Slidell, Louisiana and immediately identified the subjects in the still images as the same subjects that were apprehended

3

in the Capital One incident. The subjects were clad in the same clothing and face coverings in both surveillance videos. The Slidell, Louisiana incident occurred at approximately 2:15 a.m., on Wednesday, February 5, 2020.

8. The affiant believes based on the above mentioned facts that KEYS, PIERCE, SCOTT, and GARY committed the offense at the Capital One Bank located at 5696 Bullard Avenue, New Orleans, Louisiana, 70128 and the offense at the Hancock Whitney Bank located at 4001 Pontchartrain Drive, Slidell, Louisiana, 70458. The perpetrators utilized the same vehicle, tools and modus operandi to commit the offenses. The surveillance videos from both incidents coincide with one another depicting the actions of these subjects. The clothing, shoes, tools, and vehicle were confiscated during the apprehension of these subjects.

_____
Chad Cockerham, Task Force Officer
Federal Bureau of Investigation

Subscribed to and sworn before me on
This 10th day of February, 2020,
New Orleans, Louisiana.

_____
Honorable Dana M. Douglas
United States Magistrate Judge