

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-24 |
| v. | * | SECTION:   MAG |
| THEODORE KEYS,<br>JUSTIN PIERCE,<br>TYRIK SCOTT,<br>BRISHUN GARY | * | |

\* \* \*

## MOTION TO SEAL COMPLAINT, AFFIDAVIT, WRITS AND ARREST WARRANTS

**NOW INTO COURT** comes the undersigned Assistant United States Attorney, who with respect represents that:

The undersigned Assistant United States Attorney is informed by law enforcement that should the complaint, affidavit, writs, and arrest warrants become public record, it could hamper this ongoing criminal investigation and endanger law enforcement personnel.

**WHEREFORE**, the Government prays that its motion to seal the complaint, affidavit, writs and arrest warrants as to all defendants be granted.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

G. Dall Kammer
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
(504) 680-3168