UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-24 |
| v. | * | SECTION: MAG |
| THEODORE KEYS, JUSTIN PIERCE, TYRIK SCOTT, BRISHUN GARY | * | |

\* \* \*

## MOTION TO UNSEAL COMPLAINT, AFFIDAVIT, WRITS AND ARREST WARRANTS

**NOW INTO COURT** comes the undersigned Assistant United States Attorney, who with respect represents that:

All four defendants have now been apprehended, and there is no longer a foreseen risk to the investigation or to law enforcement safety. The records in this matter should now be unsealed.

**WHEREFORE**, the Government prays that its motion to unseal the complaint, affidavit, writs and arrest warrants as to all defendants be granted.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

_____
G. Dall Kammer
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
(504) 680-3168